Lauren Katunich (State Bar No. 227599)
lkatunich@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA 91343
Telephone: (818) 893-5000
Fax: (818) 893-6343

Attorneys for Plaintiff
MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOVE TO DREAM, an Australian Company<br><br>and<br><br>REGAL LAGER, INC., a Georgia corporation.<br><br>　　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL UNFAIR COMPETITION**<br>**(2) COMMON LAW TRADEMARK INFRINGEMENT**<br>**(3) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200**<br>**(4) COMMON LAW UNFAIR COMPETITION**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

Plaintiff Munchkin, Inc. ("Plaintiff" or "Munchkin") hereby alleges against defendants Love to Dream and Regal Lager, Inc. (collective "LTD" or "Defendants") as follows:

## INTRODUCTION

1. This lawsuit arises out of Defendant LTD's use of a heart-shaped logo (hereinafter referred to as the "LTD Heart") for infant's and children's clothing, in violation of Munchkin's rights in its unique "Tilted Heart" logo, depicted below:



2. As a direct competitor to LTD in the infant and children's clothing market, particularly with regard to swaddles, Munchkin has been damaged by LTD's trademark infringement and unfair competition. Munchkin accordingly requests this court to enjoin LTD from continuing its use of the LTD Heart, and for an award of Munchkin's actual damages.

## SUBJECT MATTER JURISDICTION

3. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, and 1338. This Court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367(a).

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district where Munchkin is based and because Defendants sells products throughout this District.

## PARTIES

5. Munchkin is a Delaware corporation with its principal place at 7835 Gloria Avenue, Van Nuys, California, 91406, which is within the Central District of California. Munchkin is, and was at all times herein mentioned, qualified to do business in California.

6. Munchkin is informed and believes, and on that basis alleges, that Defendant Love to Dream is an Australian company with a place of business at 20A Danks St., Suite 1, Level 1, Waterloo 2017, NSW Sydney, Australia.

7. Munchkin is informed and believes, and on that basis alleges, that Defendant Regal Lager, Inc. is a Georgia company with a principal place of business at 1100 Cobb Place Blvd., Kennesaw, GA 30144.

## BACKGROUND

8. Since at least 2006 Munchkin has used its "Tilted Heart" logo to identify Munchkin and its products. The "Tilted Heart" logo is incorporated into Munchkin's award-winning logo, which was designed in 2005 and rolled out to the public in 2006. See, for example, the cover of Munchkin's 2006 catalog, attached hereto as Exhibit A.

9. Munchkin was founded in 1991, and is a market-leading designer, developer, manufacturer, and distributor of infant' and children's products. Munchkin's success can be attributed to the company's expertise in developing safe, uncomplicated baby products that make parenting easier and more enjoyable. Munchkin has won dozens of industry awards for its products, and has been granted over 100 U.S. patents.

10. Munchkin has used its "Tilted Heart" logo in a variety of ways on its website. For example, the logo is used on the current website as a stand-in for the company, in the "About " button in the upper right hand corner of attached Exhibit B. In 2006, the "Tilted Heart" logo was repeated to form the background

of munchkin.com.  See Exhibit C.  It has been the favicon for Munchkin's site since 2006.

11. Munchkin's clothing items are identified with the "Tilted Heart" brand.  Exhibit D shows use of the mark in a jacket, and Exhibit E shows use of the "Tilted Heart" logo both on a button and where a label would be inside the garment.

12. As a result of Munchkin's efforts, the "Tilted Heart" mark has become well and favorably known to the public as a distinctive indication of origin for infants' and children's products.

13. The "Tilted Heart" trademark is inherently distinctive and represents the exceedingly valuable good will of Munchkin's products.

14. The "Tilted Heart" brand is well-known and famous.

15. The relevant public has come to rely upon and recognize the "Tilted Heart" logo and the substantial goodwill associated with it.

16. Long after Munchkin's first use of its "Tilted Heart" logo, LTD began selling swaddles in the U.S.  using a similar heart logo (the "LTD Heart"):



17. Defendants' mark is similar to Munchkin's "Tilted Heart" mark.  The marks create the same commercial impression and are confusingly similar.

18. Defendants' use of the "LTD Heart" is without authorization from Munchkin.

19. Munchkin provided products under the "Tilted Heart" mark long

prior to Defendants' adoption of the "LTD Heart".

20. In an effort to resolve this conflict, Munchkin contacted Defendants by letter dated January 8, 2015. An exchange of correspondence followed, but Defendants were and are unwilling to stop using the "LTD Heart" for infants' and children's clothing.

## FIRST CLAIM FOR RELIEF

### (Federal Unfair Competition)

21. Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

22. As a result of longstanding and extensive use and wide recognition, Plaintiff's "Tilted Heart" trademark has become distinctive as an indication of the source.

23. Defendants have knowingly and willfully used the "LTD Heart" in commerce.

24. The "LTD Heart" is confusingly similar to Plaintiff's "Tilted Heart" trademark.

25. Defendants' use of the "LTD Heart" in connection with clothing for infants and children is likely to cause confusion or to cause mistake or to deceive as to affiliation, connection or association, and constitutes false designation of origin within the meaning of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

26. The aforesaid acts constitute federal unfair competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

27. As a direct consequence of Defendants' unlawful acts and practices, Munchkin has suffered, will continue to suffer and/or is likely to suffer damage to its business reputation and goodwill, for which Munchkin is entitled to relief.

28. By reason of Defendants' unlawful acts and practices, Defendants have caused, are causing and, unless such acts are enjoined by the Court, will

continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## SECOND CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

29. Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

30. Consumers are likely to be confused by the similarity of Defendants' use of the "LTD Heart" for infants' and children's clothing and Munchkin's use of its "Tilted Heart" logo for a wide variety of products for infants and children, including clothing.

31. Consumers are likely to believe that Defendant's products bearing the "LTD Heart" are offered by, related to, endorsed by, and/or sponsored by Munchkin, due to Munchkin's prior use of its "Tilted Heart" brand for substantially identical goods.

32. Defendants' aforesaid acts constitute trademark infringement under the common law of California.

33. By reason of Defendants' unlawful acts and practices, Defendants have caused, are causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## THIRD CLAIM FOR RELIEF

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

34. Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

35. Defendants' conduct constitutes unfair, unlawful, or fraudulent business practices that constitute unfair competition in violation of California Business and Professions Code Section 17200.

36. Defendants' conduct is unfair in that, among other things, it uses the "LTD Heart" to deceive and confuse consumers as to source, affiliation and/or sponsorship of Defendants' goods and services.

37. Defendants' conduct is unlawful in that, among other things, it violates California Business and Professions Code Section 17200.

38. By reason of Defendants' unlawful acts and practices, Defendants have caused, are causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## FOURTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

39. Munchkin re-alleges and incorporates herein by reference all preceding paragraphs as though fully set forth herein.

40. Defendants' aforesaid acts constitute trademark infringement.

41. Defendants have knowingly and willfully used the "LTD Heart" in commerce, a mark that is confusingly similar to Munchkin's "Tilted Heart" trademark, and Defendants appear likely to continue and increase that use in the future.

42. Defendants' acts were done willfully and with intent to misrepresent the nature, characteristics, and qualities of its goods and services and to thereby deceive consumers. And such statements are, in fact, deceptive and likely to influence consumers' purchasing decisions.

43. Munchkin, as LTD's direct competitor in the infants' and children's clothing market, has been damaged by LTD's actions. Munchkin has suffered and will continue to suffer irreparable injury to its business reputation and goodwill.

44. LTD's actions and statements constitute willful unfair competition in violation of the common law of California.

45. By reason of Defendants' unlawful acts and practices, Defendants have caused, are causing and, unless such acts are enjoined by the Court, will continue to cause irreparable harm to Munchkin for which there is no adequate remedy at law and for which Munchkin is entitled to injunctive relief.

## **PRAYER FOR RELIEF**

Wherefore, Munchkin prays for judgment as follows:

a. That Defendants, its officers, directors, shareholders, principals, agents, servants, employees, attorneys and related companies, and all persons in active concert or participation with one or more of them, be preliminarily and permanently enjoined and restrained from using the "LTD Heart" and any mark that is confusingly similar to Munchkin's "Tilted Heart" logo.

b. That this Court award Munchkin damages adequate to compensate Munchkin for Defendants' acts of trademark infringement and unfair competition.

c. That Munchkin be awarded its actual damages and lost profits in an amount to be proven at trial.

d. That Defendants be required to account for any profits attributable to their infringing acts.

e. That Munchkin be awarded the greater of three times Defendants' profits or three times any damages sustained by Munchkin and prejudgment interest.

f. That all products, labels, signs, advertisements and web site content in Defendants' possession, custody or control bearing the "LTD Heart" or any confusingly similar logo that is found in violation of the Lanham Act or any reproduction, counterfeit, copy or simulation thereof shall be delivered up by Defendant and destroyed or sufficiently altered to remove all reference to the "LTD Heart".

      g.      That Defendants be required to pay Plaintiff's costs of this action together with reasonable attorneys' fees and disbursements.

      h.      That Munchkin be awarded any such other and further relief as the Court may deem just and proper.

DATED:  June 9, 2015

                                      By: /s/Lauren Katunich
                                            Lauren Katunich
                                            Petty Tsay Rader
                                            Attorneys for Plaintiff
                                            MUNCHKIN, INC.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands jury trial of all issues that may be tried to a jury.

DATED: June 9, 2015

By: /s/Lauren Katunich
Lauren Katunich
Petty Tsay Rader
Attorneys for Plaintiff
MUNCHKIN, INC.