

Exhibit C    Page 13